IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIA BROADHEAD, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-10-TFM-MU |
| VIA HEALTH CENTER, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

October 22, 2025, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* Doc. 14. No objections were filed.

The Court agrees that though the dismissal without prejudice effectively serves as one with prejudice due to the inability to refile based upon a statute of limitations issue, the Plaintiff was given sufficient opportunity to correct her deficiencies. Moreover, she did not file objections to the first Report and Recommendation issued on May 15, 2024 nor the instant one issued on October 22, 2024. Plaintiff was warned of the consequences but still failed to correct her deficient complaint.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this action is **DISMISSED without prejudice** for failure to prosecute and obey the Court's orders.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 13th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE